IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Terry Jerome Smith, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.: 6:09-cv-3280-TLW-WMC ) |
| Tom Fox, Director; Officer Eastridge; Officer Rushchioni, and Major Johnson, | ) ) ) ) |
| Defendants. | ) ) |

# ORDER

The plaintiff, Terry Jerome Smith ("plaintiff"), filed this civil action *pro se* on December 28, 2009. (Doc. #1). The case was referred to United States Magistrate Judge William M. Catoe pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(e), DSC.

On January 8, 2010, the Magistrate Judge to whom this case was previously assigned filed a Report and Recommendation ("the Report"). (Doc. #10). On January 21, 2010, the plaintiff filed objections to the Report. (Doc. #14). In the objections, the plaintiff included a number of facts regarding the alleged activities of the defendants and the alleged injuries that he received. (Doc. #14). In light of the objections, this Court entered an Order dated February 22, 2010 allowing the plaintiff an additional 30 days to file an amended complaint. (Doc.#16). The plaintiff filed an amended complaint on March 9, 2010. (Doc. #19).

In light of the filing of the amended complaint, the pending Report, (Doc. #10), is dismissed and this case is remanded to the United States Magistrate Judge for further review.

**IT IS SO ORDERED**.

                                                                              s/Terry L. Wooten
                                                                United States District Judge

March 19, 2010
Florence, South Carolina